UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: )
)
ACIE P. JEWELL JR., ) NO. 18-02245-FPC13
)
) MODIFICATION OF CHAPTER 13
) PLAN AND CERTIFICATE OF NO
) ADVERSE EFFECT
Debtor. )

COMES NOW, the Debtor, Acie P. Jewell Jr., by and through his attorney, Bradley P. Thonney, and hereby modifies the plan previously filed in these proceedings in the following respect:

The Debtor's plan payment shall remain the same at $1,630.00 per month for the remainder of the Plan.

1. The continuing claim of Evergreen Moneysource Mortgage, Claim #3, shall be paid under Plan paragraph 3.2.1 as follows:

   $1,149.06 per month beginning October 1, 2021.

2.) All other aspects of the plan remain unchanged. It is certified that the modified plan proposes to be completed within five years after the time that the first payment under the original plan was due.

DATED this 31st day of August, 2021.

BRADLEY P. THONNEY
Attorney for Debtor


By: /s/ Bradley P. Thonney
W.S.B.A. #40533

TRACY & THONNEY
ATTORNEYS AT LAW, PLLC
305 WEST FOURTH AVENUE
P.O. BOX 1339
MOSES LAKE, WASHINGTON 98837
(509) 765-0703
Fax (509) 766-2935

1   Modification of Chapter 13 Plan

## CERTIFICATE

There were no changes to the plan or to the treatment of creditors by this Modification which adversely affected creditors; therefore no service of the Modification was made on creditors.

/s/ BRADLEY P. THONNEY
Attorney for Debtor

2  Modification of Chapter 13 Plan

**TRACY & THONNEY**
ATTORNEYS AT LAW, PLLC
305 WEST FOURTH AVENUE
P.O. BOX 1339
MOSES LAKE, WASHINGTON 98837
(509) 765-0703
Fax (509) 766-2935